The Honorable Lauren King

1
2
3
4
5
6

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-180 LK |
| Plaintiff, | |
| v. | GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |
| CONNOR RILEY MOUCKA, <br>    a.k.a. "Alexander Antonin Moucka," <br>    a.k.a. "judische," <br>    a.k.a. "catist," <br>    a.k.a. "waifu," <br>    a.k.a. "ellyel8," <br><br> and <br><br> JOHN ERIN BINNS, <br>    a.k.a. "irdev," <br>    a.k.a. "j_irdev1337," <br><br> Defendants. | |

The United States of America, by and through Matthew R. Galeotti, Supervisory Official of the Criminal Division, United States Department of Justice, and Louisa K. Becker, Senior Counsel for said Division, hereby submit this Notice of Appearance of Counsel in the above-referenced matter.

Notice of Appearance - 1
*United States v. Moucka & Binns*, No. CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Senior Counsel Louisa K. Becker is now co-counsel on behalf of the United States and respectfully requests that all pleadings, court documents, and correspondence be sent to the attention of the undersigned at the address noted below:

> LOUISA K. BECKER
> United States Department of Justice
> 1301 New York Ave., NW Suite 600
> Washington, District of Columbia 20005

DATED this 11th day of June, 2025.

> Respectfully submitted,
>
> MATTHEW R. GALEOTTI
> Supervisory Official
> Criminal Division
>
> *s/ Louisa K. Becker*
> LOUISA K. BECKER
> Senior Counsel
> Criminal Division
> Computer Crime and Intellectual Property Section
> United States Department of Justice
> 1301 New York Ave., NW Suite 600
> Washington, District of Columbia 20005
> Phone: 202-616-5115
> Email: louisa.marion@usdoj.gov

Notice of Appearance - 2
*United States v. Moucka & Binns*, No. CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970